RECEIVED
AUG 29 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE CO. | CIVIL A. NO. 04-2337 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ANNA C. GRAVES-INGRAM, ET AL. | MAG. JUDGE JAMES D. KIRK |

### MEMORANDUM ORDER

The Court having considered the Motion for Temporary Injunction, Dismissal, and Attorney Fees [Doc. No. 19], filed by Plaintiff Metropolitan Life Ins. Co. ("MetLife"), finds that:

This is an interpleader action brought under Sections 1335, 1397, and 2361 of Title 28, United States Code.

Defendants Anna C. Graves-Ingram and Annie Lois Graves have or may have claims to the proceeds from a policy of insurance issued by MetLife to Texas Gas Transmission, L.L.C. ("Texas Gas") pursuant to an employee welfare benefit plan providing, among other things, life insurance benefits to eligible Texas Gas employees. The policy of insurance is identified as Texas Gas's Group Policy No. 112738-G ("the policy").

Plaintiff has conceded liability for the policy and has paid into the registry of the Court the sum of $44,500.00, that sum being the total disputed amount due pursuant to the policy.

All parties have admitted the authenticity of the policy. Plaintiff avers that it has no further interest in or claim to any of the proceeds of the above-mentioned policy, save and except to limit its exposure to a multiplicity of suits being filed in state and federal courts and the threat of multiple liability.

Plaintiff is, therefore, entitled to an order enjoining and restraining Defendants from instituting or prosecuting in any court of the State of Louisiana or the United States, any other

action or proceeding on the claims involved in this interpleader.

Defendants have indicated that they have no opposition to the issuance of the instant injunction, but have indicated opposition to the entitlement and amount of attorney's fees and costs.

Therefore,

IT IS HEREBY ORDERED that the Motion for Temporary Injunction, Dismissal, and Attorney Fees [Doc. No. 19], filed by MetLife is GRANTED IN PART and DENIED IN PART. Plaintiffs' Motion is GRANTED to the extent that it seeks a temporary injunction; Plaintiffs' Motion is DENIED WITHOUT PREJUDICE to the extent that it seeks attorney's fees.

Accordingly, IT IS ORDERED that Defendants, their heirs, successors, assigns, and those claiming by, through or under them, their agents and attorneys, are hereby temporarily enjoined and restrained from instituting or prosecuting in any court of the State of Louisiana or the United States, any other action or proceeding involving the funds interpleaded in this action.

IT IS FURTHER ORDERED that MetLife is hereby fully and finally discharged from all further liability as to the funds due under the terms of the insurance policy previously deposited with this Court.

IT IS FURTHER ORDERED that attorney's fees and costs for the prosecution of this matter are denied at this time, but may be re-urged after 30 days.

MONROE, LOUISIANA, this 26 day of August, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE